**Frank P. ROSS v. COMMISSIONER OF INTERNAL REVENUE.**

No. 5104.

Circuit Court of Appeals, Seventh Circuit.

Nov. 4, 1936.

Arthur R. Foss, of Chicago, Ill., for petitioner.

Robert H. Jackson, of Washington, D. C., for respondent

Before SPARKS, Circuit Judge.

PER CURIAM.

Pursuant to the above stipulation, it is hereby ordered, adjudged, and decreed by the court that this case be remanded to the Board of Tax Appeals, with direction to enter an order that there is no deficiency for the year 1929, and that there is an overpayment of the amount of the deficiency of $1,540.02 heretofore paid for said year.

**In the Matter of RICHFIELD OIL COMPANY OF CALIFORNIA, a Corporation, Debtor, and Pan American Petroleum Company, a Corporation, Subsidiary, for Reorganization.**

**Petitions of SOUTH BASIN OIL COMPANY et al., and of KEELER & COMPANY, for Allowance of Appeals under Section 24(b) of the Bankruptcy Act.**

No. 8443.

Circuit Court of Appeals, Ninth Circuit.

Jan. 29, 1937.

Thomas F. Murphy, of New York City, for petitioner Keeler & Co.

Robert M. Pease and Roy P. Dolley, both of Los Angeles, Cal., for all other petitioners.

Bauer, Macdonald, Schultheis & Pettit, of Los Angeles, Cal., Cravath, deGersdorff, Swaine & Wood, of New York City, and Chandler, Wright & Ward and Call & Murphey, all of Los Angeles, Cal., for Reorganization Committee.

Gibson, Dunn & Crutcher and Norman S. Sterry, all of Los Angeles, Cal., for McDuffie, trustee of Richfield.

B. P. Calhoun, of Los Angeles, Cal., for Select Committee, to Investigate Bondholders' Reorganizations, of the House of Representatives.

Patrick J. Hurley, of Washington, D. C., for Rio Grande Oil Co.

Before GARRECHT and MATHEWS, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Upon consideration of oral presentations, and documents filed on petitions for allowance of appeals, and good cause therefor appearing, it is ordered that said petitions, and each of them, be, and hereby is, denied.